UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| GLENDA STENTNER, a married individual,<br><br>                Plaintiff,<br><br>  v.<br><br>CITY OF QUINCY, a Washington municipal corporation, and BROCK LAUGHLIN, a married individual,<br><br>                Defendants. | NO:  2:15-CV-210-RMP<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT BROCK LAUGHLIN WITH PREJUDICE |

**BEFORE** the Court is the parties' Stipulated Motion to Dismiss Brock Laughlin, ECF No. 27.  Having reviewed the Motion and the file and pleadings therein, the Court finds good cause to grant the motion.  Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss Brock Laughlin, **ECF No. 27**, is **GRANTED**.

2. All claims against Defendant Brock Laughlin, **only**, are dismissed with prejudice and without cost to any party.

ORDER GRANTING STIPULATED MOTION TO DISMISS DEFENDANT BROCK LAUGHLIN WITH PREJUDICE ~ 1

3. All claims against Defendant City of Quincy remain pending.

4. The parties shall amend future captions accordingly.

5. All court dates and interim deadlines as outlined in the Court's Amended Jury Trial Scheduling Order, ECF No. 16, remain as set.

The District Court Clerk is directed to enter this Order, **to terminate Brock Laughlin as a defendant in this case,** and provide copies of this Order to counsel.

**DATED** this 16th day of August 2016.

                              *s/ Rosanna Malouf Peterson*
                             ROSANNA MALOUF PETERSON
                                United States District Judge