AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

GLENDA STETNER, a married individual,

|  |  |  |
|---|---|---|
| _Plaintiff_ | ) ) ) | |
| v. | ) | Civil Action No.   2:15-cv-210-RMP |
| CITY OF QUINCY, a Washington municipal corporation, | ) ) | |
| _Defendant_ | | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Motion for Partial Summary Judgment (ECF No. 35) is DENIED. Defendant's Motion for Partial Summary Judgment (ECF No. 38) is GRANTED IN PART AND DENIED IN PART. Plaintiff's First Cause of Action under 42 U.S.C. 2000e-2 and Second Cause of Action under Rev. Code Wash. 49.60.180 for sexual harassment/hostile work environment, are dismissed with prejudice.  Plaintiff's Third Cause of Action under Rev. Code Wash. 49.60.180-lack of accommodation and Fourth Cause of Action:breach of contract are dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Rosanna Malouf Peterson _____ on Plaintiff's Motion for Partial Summary Judgment (ECF No. 35) and Defendant's Motion for Partial Summary Judgment (ECF No. 38).

Date:   12/22/2016 _____

*CLERK OF COURT*

SEAN F. McAVOY

s/ Lennie Rasmussen

*(By) Deputy Clerk*

Lennie Rasmussen